JULIEN T. DAVIES, as Receiver, etc., Respondent, *v.* THE NEW YORK CONCERT COMPANY (Limited), Appellant.

(Argued June 18, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 13, 1891, which overruled defendant's exceptions and ordered judgment in favor of plaintiff upon a verdict directed by the court, and denied a motion for a new trial.

*William H. Arnoux* for appellant.

*William B. Hornblower* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.